168 A.3d 1172

STATE OF NEW JERSEY, PLAINTIFF–PETITIONER, v. TERRELL L. WILLIAMS, DEFENDANT–RESPONDENT.

May 19, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–002341–15 having been submitted to this Court, and the Court having considered the same;

. It is ORDERED that the petition for certification is granted and the matter is summarily remanded to the trial court for resentencing in light of *State v. Nance*, 228 *N.J.* 378, 157 *A.*3d 439 (2017). Jurisdiction is not retained.